UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA BEATTY, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING CO., INC., QUINCY BIOSCIENCE, LLC, PREVAGEN, INC. d/b/a SUGAR RIVER SUPPLEMENTS, QUINCY BIOSCIENCE MANUFACTURING, LLC, and MARK UNDERWOOD,<br><br>Defendants. | Case No. 1:25-cv-00727-DEH-VF<br><br>**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii), OR ALTERNATIVELY F.R.C.P. 21**<br><br>**AS TO DEFENDANT MARK UNDERWOOD AND THE UNJUST ENRICHMENT CLAIM ONLY** |

**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii), OR ALTERNATIVELY F.R.C.P. 21 AS TO DEFENDANT MARK UNDERWOOD AND THE UNJUST ENRICHMENT CLAIM ONLY**

**WHEREAS,** on January 24, 2025, Plaintiff Donna Beatty ("Plaintiff") filed a putative Class Action Complaint (the "Complaint") against Defendants Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC, Prevagen, Inc., d/b/a Sugar River Supplements, Quincy Bioscience Manufacturing, LLC (collectively, "Quincy"), and Mark Underwood ("Underwood" and, together with Quincy, "Defendants") (ECF 1);

**WHEREAS,** on January 28, 2025, Defendants waived service of process (ECF 16);

**WHEREAS,** Defendants' deadline to respond to the Complaint is March 31, 2025;

**WHEREAS,** on March 19, 2025, the parties met and conferred regarding Defendants' anticipated motions to dismiss;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, as follows:

1. Plaintiff dismisses all claims asserted against Defendant Underwood without prejudice;

2. Plaintiff dismisses the unjust enrichment claim asserted against Quincy without prejudice.

3. Plaintiff's claims against Quincy under General Business Law §§ 349 and 350 remain in place, with all parties reserving their respective positions and defenses concerning those claims.

<table>
<tr><td>

**SMITH KRIVOSHEY, PC**

_____
Joel D. Smith
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Tel: (617) 377-7404
joel@skclassactions.com

*Counsel for Plaintiff Donna Beatty*

Dated: March 29, 2025

</td><td>

**KELLEY DRYE & WARREN LLP**

_____
Geoffrey W. Castello
Jaclyn M. Metzinger
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
gcastello@kelleydrye.com
jmetzinger@kelleydrye.com

*Counsel for Defendants Quincy Bioscience Holding Co., Inc., Quincy Bioscience LLC, Prevagen, Inc. d/b/a Sugar River Supplements and Quincy Bioscience Manufacturing, LLC*

Dated: March 31, 2025

**COZEN O'CONNOR P.C.**

_____
Michael B. de Leeuw
Tamar S. Wise
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 908-1331
Fax: (212) 509-9492
mdeleeuw@cozen.com
twise@cozen.com

*Counsel for Defendant Mark Underwood*

Dated: 3/31/25

</td></tr>
</table>

SO ORDERED.

_____
Dale E. Ho
United States District Judge
Dated: April 2, 2025
New York, New York

2