UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DONNA BEATTY,

                        Plaintiff,

          -against-

QUINCY BIOSCIENCE HOLDING CO., INC., et al.,

                        Defendants.
-----------------------------------------------------------------X

25-CV-00727 (DEH) (VF)

**ORDER SCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference to address the letter at ECF No. 53 is hereby scheduled for **Monday, April 13, 2026 at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; conference ID [345 392 92#].**

       **SO ORDERED.**

DATED:    New York, New York
           April 8, 2026

                                    _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge