UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DONNA BEATTY,

                          Plaintiff,

           -against-

QUINCY BIOSCIENCE HOLDING CO., INC., et al.,

                       Defendants.
-------------------------------------------------------------------X

25-CV-00727 (DEH) (VF)

**ORDER RESCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to the parties' filing at ECF No. 64, the conference scheduled for June 8 at 1:00 p.m. is hereby moved to **Monday, June 8, 2026 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; conference ID [906 317 693#].**

The Clerk of Court is respectfully directed to close the motion at ECF No. 64.

     **SO ORDERED.**

DATED:    New York, New York
          June 5, 2026

                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge