UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DONNA BEATTY,

                         Plaintiff,                      25-CV-00727 (DEH) (VF)

             -against-                          **ORDER**

QUINCY BIOSCIENCE HOLDING CO., INC., et al.,

                       Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference on June 8, 2026, discovery remains stayed pending the

Second Circuit's decision on appeal. The parties are directed to provide joint status update by

**September 8, 2026**. The parties are directed to alert the Court if a decision on appeal is reached

before that date.

      **SO ORDERED.**

DATED:     New York, New York
            June 8, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge